UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

| | | |
|---|---|---|
| LONNIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:22-cv-00258-RGJ-RSE |
| | ) | |
| BAKELITE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

\*\*\* \*\*\* \*\*\*

By agreement of the Plaintiff, Lonnie Brown, and Defendant, Bakelite, LLC, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED,** that this action be and is hereby, **DISMISSED WITH PREJUDICE,** each party shall bear his or its own attorneys' fees and costs. This is a final Order.

February 1, 2023

Rebecca Grady Jennings, District Judge
United States District Court

FP 45761401.1

HAVE SEEN AND AGREED TO:

/s/ Andrew Dutkanych III (w/ permission)          /s/ Aleksandr Litvinov
Andrew Dutkanych III, Atty No. 91190          Emily N. Litzinger
BIESECKER DUTKANYCH & MACER, LLC          Aleksandr "Sasha" Litvinov
144 North Delaware Street          FISHER & PHILLIPS LLP
Indianapolis, Indiana 46204          220 West Main Street, Suite 1700
Telephone:  (317) 991-4765          Louisville, Kentucky 40202
Facsimile:  (812) 424-1005          Telephone:  (502) 561-3978
E-mail: ad@bdlegal.com          Facsimile:  (502) 561-3991
          E-mail:  elitzinger@fisherphillips.com
COUNSEL FOR PLAINTIFF                  alitvinov@fisherphillips.com

          COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, I electronically filed the foregoing *Agreed Order of Dismissal* with the Clerk of the Court by using the CM-ECF System, which will send electronic notice to the following:

Andrew Dutkanych III, Atty No. 91190
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone:  (317) 991-4765
Facsimile:  (812) 424-1005
E-mail: ad@bdlegal.com

COUNSEL FOR PLAINTIFF

          /s/ Aleksandr Litvinov
          COUNSEL FOR DEFENDANT

FP 45761401.1